In the Matter of JOSEPH BURSTYN, INC., Appellant, against LEWIS A. WILSON, as Commissioner of Education of the State of New York, et al., Respondents.

Submitted July 15, 1952; decided July 15, 1952.

*Ephraim S. London* for motion.
*Charles A. Brind, Jr.,* for respondents.

Motion granted. Return of remittitur requested and when returned it will be amended to provide as follows: Order of Appellate Division reversed and determination of respondents annulled, with costs in this court and in the Appellate Division; motion that appellant have restitution of the sum of $329.10, heretofore paid to respondents in satisfaction of the judgment entered by respondents for costs and disbursements on the previous affirmance herein, granted.